# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION | MDL NO. 08-1905 (RHK/JSM) |
| This documents relates to: **Baer et al. v. Medtronic, Inc. et al.** **09-cv-01864** | **ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 14), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiffs Leona Fields, Stanley Baer, David Campbell, Divine Castillo, Carl Dubose, Yvonne Krovic, Theresa Lucas, James Stockman, and Kimberly Watson in the action styled Baer et al. v. Medtronic, Inc. et al., Civil Action No.09-cv-01864, are **DISMISSED WITH PREJUDICE.**

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

Dated: June 10, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge