**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION | MDL NO. 08-1905 (RHK/JSM) |
| | **AMENDED ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO WITHDRAW** |
| This documents relates to: **Baer, et al. v. Medtronic, Inc. et al. 09-cv-01864** | |

---

Plaintiffs' Lead Counsel previously filed a Motion to Withdraw in this action, seeking the withdrawal of retained counsel for Plaintiffs David Matthew, Roy Richardson, and William Steward. The Court granted that Motion and ordered that Wilner Hartley & Metcalf was no longer counsel of record for Plaintiffs in this action. (See Doc. No. 11.)

The Court has subsequently discovered that Plaintiffs' Lead Counsel's Motion did not list all of the co-counsel identified for Plaintiffs in the docket. As a result, the Court's Order did not expressly discharge Wilner Hartley & Metcalf's co-counsel, as was intended by Plaintiffs' Lead Counsel's Motion and by the Court.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Court's May 20, 2011 Order (Doc. No. 11) is **AMENDED** to clarify that *all* counsel of record are discharged from representing Plaintiffs David Matthew, Roy Richardson, and William Steward in this action.

Dated: July 6, 2011

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge